**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jon Robert McCREERY, Defendant–
Appellant.**

**No. 07–50203.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 26, 2008.*

Filed March 10, 2008.

Mark A. Young, Esq., Michael J. Raphael, Esq., USLA–Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Fredricco McCurry, Esq., Fredricco McCurry Law Offices, Van Nuys, CA, for Defendant–Appellant.

Before: BEEZER, FERNANDEZ, and McKEOWN, Circuit Judges.

MEMORANDUM **

Jon Robert McCreery appeals from the sentence imposed upon revocation of supervised release.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), McCreery's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our review of the record indicates that the appeal is moot because McCreery has served all the terms of his sentence. *See United States v. Palomba,* 182 F.3d 1121, 1123 (9th Cir.1999).

Counsel's motion to withdraw is **GRANTED.**

**APPEAL DISMISSED.**

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.